1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6488
7      Fax: (415) 436-7234

8  Attorneys for the United States

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION  3 08 70219 JL

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. |
| Plaintiff, | |
| v. | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| MANILEN MENDOZA, a/k/a Manilen Mangalindan, a/k/a Manilen Blake, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on April 14, 2008, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an indictment (copy attached) pending in the Northern District of Illinois, Case Number CR 07-0788. In that case, the defendant is charged with three violations of Title 26, United States Code, Sections 7206(1), tax fraud.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Date: 4/14/08

DEREK R. OWENS
Assistant United States Attorney

US MARSHALS SERVICE   Fax:312-886-0802   Feb 15 2008 11:02am P002/006

# United States District Court
### Northern District of Illinois
### Eastern Division

United States of America

**WARRANT FOR ARREST**

v.

Manilen Mendoza aka Manilen Mangalindan aka Manilen Blake   Case Number: 07 cr 788

To:   The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Manilen Mendoza aka Manilen Mangalindan aka Manilen Blake** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

   X Indictment   Information   Complaint   Order of court   Violation Notice   Probation   Violation Petition

charging him or her with:   **Fraud & False Statements**

in violation of Title 18 United States Code, Section(s) 7206

Yvette Pearson Issuing Officer        U.S. Deputy Clerk

November 30, 2007; Chicago
Signature of Issuing Officer

Bail fixed at $ _____        _____, Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Date Received   Name and Title of Arresting Officer   Signature of Arrest Officer |
| Date of Arrest |

04/11/2008 18:13   4154367621   SF ENFORCEMENT   PAGE 02/06

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
 )   No.
v. )
 )   Violation: Title 26, United States
 )   Code, Section 7206(1).
MANILEN MENDOZA aka )
MANILEN MANGALINDAN aka )   07 CR    788
MANILEN BLAKE )

FILED
NOV 29 2007
Nov 29, 2007
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

JUDGE COAR

MAGISTRATE JUDGE KEYS

## COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about April 15, 2005, at Chicago, and elsewhere in the Northern District of Illinois, Eastern Division,

MANILEN MENDOZA, aka
MANILEN MANGALINDAN, aka
MANILEN BLAKE,

defendant herein, a resident of Schiller Park, Illinois, willfully made and subscribed, and caused to be made and subscribed, a U.S. Individual Income Tax Return (Form 1040 with schedules and attachments), for the calendar year 2004, which return was verified by written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which income tax return she did not believe to be true and correct as to every material matter, in that said return reported on Line 22 that the total income was $14,000, whereas the defendant then and there well knew and believed that her income exceeded $14,000, in that defendant failed to include additional gross income of

approximately $180,243 she received in 2004 from the operation of her business, "Infinity Productions;"

In violation of Title 26, United States Code, Section 7206(1).

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

On or about March 9, 2006, in Chicago, and elsewhere in the Northern District of Illinois, Eastern Division,

MANILEN MENDOZA, aka
MANILEN MANGALINDAN, aka
MANILEN BLAKE,

defendant herein, a resident of Bloomingdale, Illinois, willfully made and subscribed, and caused to be made and subscribed, a joint U.S. Individual Income Tax Return (Form 1040 with schedules and attachments), for the calendar year 2005, which return was verified by written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which income tax return she did not believe to be true and correct as to every material matter, in that said return reported on Line 22 that the total income was $17,699, whereas the defendant then and there well knew and believed that her income exceeded $17,699, in that defendant failed to include additional gross income of approximately $104,801 she received in 2005 from the operation of her business, "Prestige Entertainment Inc.;"

In violation of Title 26, United States Code, Section 7206(1).

## COUNT THREE

The UNITED STATES ATTORNEY further charges:

On or about March 9, 2007, at Norridge, and elsewhere in the Northern District of Illinois, Eastern Division,

### MANILEN MENDOZA, aka
### MANELIN MANGALINDAN, aka
### MANELIN BLAKE,

defendant herein, a resident of Schiller Park, Illinois, willfully made and subscribed, and caused to be made and subscribed, a U.S. Individual Income Tax Return (Form 1040 with schedules and attachments), for the calendar year 2006, which return was verified by written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which income tax return she did not believe to be true and correct as to every material matter, in that said return reported on Line 22 that the total income was $12,190, whereas the defendant then and there well knew and believed that her income exceeded $12,190, in that defendant failed to include additional gross income of approximately $247,310.72 she received in 2006 from the operation of her business, "Prestige Entertainment, Inc.;"

In violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

Case 1:07-cr-00788   Document 2   Filed 11/29/2007   Page 1 of 1



F I L E D

07CR 788

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

NOV 2 9 2007

NOV 29, 2007

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**



MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

   **JUDGE COAR          MAGISTRATE JUDGE KEYS**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?          NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?          FELONY ☒   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide ........... (II) | ☒ Income Tax Fraud ........ (II) | ☐ DAPCA Controlled Substances .. (III) |
   | ☐ Criminal Antitrust ...... (II) | ☐ Postal Fraud .......... (II) | ☐ Miscellaneous General Offenses ... (IV) |
   | ☐ Bank robbery ......... (II) | ☐ Other Fraud .......... (III) | ☐ Immigration Laws .......... (IV) |
   | ☐ Post Office Robbery .... (II) | ☐ Auto Theft .......... (IV) | ☐ Liquor, Internal Revenue Laws ... (IV) |
   | ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws .......... (IV) |
   | ☐ Assault ............ (III) | ☐ Forgery .......... (III) | ☐ Motor Carrier Act .......... (IV) |
   | ☐ Burglary ........... (IV) | ☐ Counterfeiting .......... (III) | ☐ Selective Service Act ........ (IV) |
   | ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses .......... (II) | ☐ Obscene Mail .......... (III) |
   | ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ........ (III) | ☐ Other Federal Statutes ........ (III) |
   | ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.

    26, USC, § 7206(1)

    PATRICK J. KING, Jr.
    Assistant United States Attorney

(Revised 12/99)