1

2

FILED

2008 APR 25 PM 3: 24

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

3

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

4

5

6 UNITED STATES OF AMERICA,          )
                                     )
7                                    )        CR 3 - 08 - 70219  JL
                                     )
8                v.                  )        **REMOVAL ORDER- OUT OF CUSTODY**
                                     )
9 MANILEN  MENDOZA                   )
                          Defendant. )

10

11          IT APPEARING that a(n)____INDICTMENT____ has been filed in the

12 ____NORTHERN____District of ____ILLINOIS____ charging the

13 defendant above-named with a violation of Title(s)__26__.

14 United States Code, Sections(s)__7206 (1)__.

15          IT IS HEREBY ORDERED that the defendant be released on __$300,000 PR__

16 (Bail) to report to the United States District Court for the _____of

17 _____on_____ or when

18  summoned by that district and to abide by all further orders of that Court.  Any security  posted

19 as bail shall be transmitted to the clerk in the district where the offense was allegedly committed.

20

21 DATED:____4-25-08____

22

23                                    _____
                                     JAMES LARSON
                                     United States Magistrate Judge

24

25

26

27

28