UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 28, 2008

U.S. District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

FILED
MAY 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Name:      US -v- Manilen Mendoza
Case Number:    3-08-70219
Charges:        26:7206(1)

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Larson. The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant
           to your district forthwith.
    ()     The defendant has a court appearance in your court on:

Enclosed are the following documents:
           original Rule 40 affidavit
           original minute orders
    certified copy of *AO 94, Commitment to Another District*

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                              Sincerely yours,

                              RICHARD WIEKING, Clerk


                              by: Valerie Kyono
                              Case Systems Administrator

Enclosures
cc: Financial Office